## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, as personal representative of
the ESTATE OF JAMES YELLOWMAN,

      Plaintiff,

v.                                                                                                                                     No. CV 20-1132 CG/GJF

LIFE CARE CENTERS OF AMERICA, INC., et al.,

      Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Deadlines to Defendants' Motion to Dismiss* (the "Motion"), (Doc. 26), filed February 24, 2021. In his Motion, Plaintiff requests that the Court extend briefing deadlines on *Defendants' Motion to Dismiss*, (Doc. 24), until after the Court rules on *Plaintiff's Motion to Remand*, (Doc. 3). Having reviewed the Motion, and noting it is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that if *Plaintiff's Motion to Remand*, (Doc. 3), is denied, Plaintiff's Response to *Defendants' Motion to Dismiss*, (Doc. 24), must be filed within fourteen days following this Court's order denying remand. Defendants' Reply in support of their *Motion to Dismiss*, (Doc. 24), must be filed within thirty days of the date Plaintiff files his Response.

If *Plaintiff's Motion to Remand*, (Doc. 3), is granted, the issue will be moot as the Court will have no jurisdiction, and therefore no Response or Reply will be required.

**IT IS SO ORDERED**.

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE