IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, as personal representative of
the ESTATE OF JAMES YELLOWMAN,

    Plaintiff,

v.                                                                                                                                                 No. CV 20-1132 CG/GJF

LIFE CARE CENTERS OF AMERICA, INC., et al.,

    Defendants.

## ORDER OF REMAND

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 29), enters this Order remanding this case for the reasons given therein. This case is therefore **REMANDED** to the First Judicial District Court, County of Santa Fe, State of New Mexico.

    **IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE